

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable L. D. Ratliff, Jr.
County Attorney
Dickens County
Spur, Texas

Dear Sir:

Opinion No. O-4502
Re: Is Section 2, Article 287,
Penal Code, (Sunday laws)
constitutional? And related
questions.

Your request for our opinion on the hereinabove captioned matter has been received by this department. We quote from your letter as follows:

"I have been requested to secure an opinion from your Department concerning the validity of certain provisions of Article 287 of the Penal Code, and I respectfully submit to you the following:

"Among other things, Article 286 of the Penal Code provides:

"'--the proprietor of any place of public amusement, or the agent or employe' of any such person, who shall--permit his place of public amusement to be open for the purpose of--public amusement on Sunday, shall be fined not less than twenty nor more than fifty dollars. The term place of public amusement, shall be construed to mean circuses, theaters, etc.-'

"Article 287 of the Penal Code in part provides:

"'The preceding Article shall not apply-- to motion picture shows, or theatres operated

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

438

in any incorporated city or town, after one o'clock P. M.'

"Sec. 2: The Commissioners or City Council of the towns or cities in which said motion picture shows or theatres are located shall have the right and power by proper ordinance to prohibit or regulate the keeping open or shewing of such motion picture shows or theatres on Sunday.'

## "QUESTIONS

"(1) Is Section 2 of Article 287 of the Penal Code above quoted Constitutional?

"(2) Is Section 2 of Article 287 of the Penal Code above quoted a proper and valid delegation of power by the Legislature?

"(3) Under Section 2 of Article 287 of the Penal Code above quoted does a City have the power to prohibit the operation of a motion picture show after one o'clock P. M. on Sunday?"

The quoted portion of Article 286 and the first paragraph quoted from Article 287, both from the Penal Code, make it a statutory offense to operate motion picture shows or theaters on Sunday before 1:00 p.m. After that hour, the State law does not prohibit shows and theaters from operating.

Under Section 2 of Article 287, quoted supra, the Legislature delegated to the municipalities the right and power by proper ordinance to prohibit or regulate the keeping open or showing of such shows or theaters after 1:00 p.m. on Sunday.

The enactment of Sunday laws is held to be a proper exercise of the police power of the State. The police power of the State may be delegated for appropriate purposes to the various municipalities. 9 Texas Jurisprudence 502-503; Ex parte Brewer, (Crim. App.) 152 S. W. 1068.

Honorable L. D. Ratliff, Jr., Page 3


A municipal corporation, in the exercise of its charter powers, may enact an ordinance concerning the observance of Sunday which is not in conflict with the provisions of the general law. 39 Texas Jurisprudence 859.

The State can authorize its municipal corporations to make an act an offense therein under the police power, even though it does not make the same act a State offense. Strauss v. State, (Crim. App.) 173 S. W. 663.

In view of the foregoing, it is the opinion of this department under the facts stated, that the answers to the questions submitted are as follows:

Question No. 1:  Yes

Question No. 2:  Yes

Question No. 3:  Yes

We wish to express our appreciation for your submission of a brief of the authorities dealing with the questions submitted.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Edgar Pfeil
Assistant

APPROVED APR 17, 1942

FIRST ASSISTANT
ATTORNEY GENERAL

EP:GO



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN